**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| **ROSA PONCE MALDONADO,** | § | |
| *Plaintiff,* | § | |
| | § | **CIVIL ACTION NO.** |
| v. | § | **1:24-cv-00085** |
| | § | **JURY TRIAL DEMANDED** |
| **EQUISOLAR, INC. AND** | § | |
| **GOODLEAP, LLC,** | § | |
| *Defendants.* | § | |

## CERTIFICATE REGARDING GENERATIVE ARTIFICIAL INTELLIGENCE

I, Lema Mousilli, counsel for Defendant, Equisolar, Inc., hereby certify that I have read and will comply with all of Judge Rolando Olvera's local rules related to generative artificial intelligence.

I further certify that no portion of any filing will be drafted by generative artificial intelligence or that any language drafted by generative artificial intelligence—including quotations, citations, paraphrased assertions, and legal analysis—will be checked for accuracy, using print reporters or traditional legal databases, by a person before it is submitted to the Court. I understand that any attorney or pro se litigant who signs any filing here will be held responsible for the contents according to applicable rules of attorney or civil discipline, whether or not generative artificial intelligence drafted any portion of that filing.

Dated: July 1, 2024.

Respectfully submitted,

By: /s/ *Lema Mousilli*
LEMA MOUSILLI
Attorney-in-charge
State Bar No. 24056016
S.D. Texas Bar No. 1358290
**LLOYD & MOUSILLI, PLLC**
11807 Westheimer Road

Suite 550 PMB 944
Houston, TX 77077
Tel: (512) 609-0059
Fax: (281) 783-8565
*litigation@lloydmousilli.com*

**ATTORNEYS FOR DEFENDANT,
EQUISOLAR, INC.**

CERTIFICATE REGARDING GENERATIVE ARTIFICIAL INTELLIGENCE